UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | MISC. ACTION NO. 4:14mc1 |
| | § | |
| JOHN T. MOCKLER, | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 2, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Respondent be required to fully comply with the summons issued to him and appear at the offices of the Internal Revenue Service as directed.

There being no objections by Respondent, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

Respondent Mockler is directed to fully comply with the summons described in the petition so that the IRS can prepare 1040 tax returns for him. Respondent is further directed to appear on **June 6, 2014, at 10:00 a.m. at the offices of the Internal Revenue Service, 4050 Alpha Road, Eighth Floor, MC: 5120, Farmers Branch, Texas 75244**, to meet with IRS Revenue Officer

Kathleen Tatum or her designated agent, to comply with the summons, and to produce the testimony and records described in the summons.

**IT IS SO ORDERED.**

**SIGNED this the 2nd day of June, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE